UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME JULIUS BROWN SR., | CASE NO. C19-1694-JCC |
| Plaintiff, | ORDER |
| v. | |
| DEMETRICE WHITE *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 5). Once again, Plaintiff Jerome Brown Sr. has filed a complaint in the Western District of Washington, a magistrate judge has recommended that the Court dismiss the complaint because it is frivolous, and Plaintiff has not filed objections. (*See id.* at 2) (listing prior cases dismissed as frivolous). Just like before, the Court agrees with the report and recommendation. The Court therefore ORDERS as follows:

1. The report and recommendation (Dkt. No. 5) is ADOPTED;

2. Plaintiff's *in forma pauperis* application (Dkt. No. 1) is DENIED;

3. The case is DISMISSED without prejudice; and

4. The Clerk is DIRECTED to send copies of this order to Plaintiff and to Judge Peterson.

//

//

DATED this 14th day of November 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE